## AMERICAN STORES COMPANY *v.* EDWIN J. ELMORE.

[No. 59, October Term, 1933.]

*Decided December 7th, 1933.*

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, DIGGES, PARKE, and SLOAN, JJ.

*G. Randolph Aiken,* submitting on brief, for the appellant.

*Richard H. Stevenson,* with whom was *Edwin Webster Wells* on the brief, for the appellee.

The opinion was delivered *per Curiam.*